UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff*,<br><br>v.<br><br>THE EQUIVALENT VALUE OF USDT, OR TETHER, AS CURRENTLY ASSOCIATED WITH TETHER WALLET ADDRESS ENDING IN K6tA and TETHER WALLET ADDRESS ENDING IN TfBA,<br>   *Defendants*.<br><br>[CLAIMANT: TETHER] | No.<br><br><br><br><br><br><br><br><br><br><br>August 20, 2025 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, David X. Sullivan, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 18 U.S.C. §§ 1343 and 1956.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendants are the equivalent value of USDT, or Tether, as currently associated with Tether Wallet Address ending in K6tA and Tether Wallet Address ending in TfBA ("Defendant Assets").[1]

4. The Defendant Assets are located within the jurisdiction of this Court.

---

[1] The full address for each wallet is: TVyiEVdjy2cheWLzztHtHtb3E11b34K6tA and TCS1RBG9EQovNKQqxXBxVBjFYc4LXHTfBA.

**Background of Investigation**

5. On April 1, 2025, the USSS Global Investigative Operations Center (GIOC) was notified of multiple cryptocurrency fraud related incidents in which a Connecticut resident, "EM," had been victimized. EM was the victim of three different fraud schemes.

6. This case focuses on the scheme where EM was the victim of an investment scheme involving cryptocurrency.

7. In November 2024, EM had been contacted "out of the blue" by an individual named "Ana Torres" on the messaging application WhatsApp. As a result of EM's conversation with Torres, EM became involved with a group named "Excellence Vanguard Wealth Business School," hereafter referred to as "the School."

8. The School initially recommended stock investments, but switched over to cryptocurrency recommendations in December 2024. The School recommended that all users register with BFXCOIN exchange (https://web.bfxcoin.net/#/) in order to trade cryptocurrency futures contracts at 100x leverage. Trading recommendations were made through the platforms AI trading model "Vanguard AI 4.0," which EM was led to believe had a 95%-win rate.

9. These representations from the School, and the other representations from the School listed below, were transmitted over wires and were fake.

10. Students in the School were tiered in groups depending on the student's total asset value. Students were encouraged to deposit more funds into the platform to receive these trading signals earlier.

11. EM stated that, on two occasions, their account had been "wiped out" from incorrect AI signals, leading to a loss in their trading account of "500k and the other by 700k." In the

event an account was wiped out, the School would subsidize the amount of the loss so long as the user deposited the same amount of real funds into the platform to match the subsidy.

12. In February 2025, the School began offering numerous ICO's (Initial Coin Offerings) in which the victim's trading account was again subsidized by the exchange in order to participate in these offerings.

13. The victim was again expected to provide an equal amount of real funds into the exchange to match the subsidy. As the scam progressed, the subsidies continued to grow, causing the victim to be unable to provide an equivalent amount of real funds into their account. When the victim was ultimately unable to provide a matching subsidy, their account was frozen, and they were unable to make withdrawals.

14. The School defrauded EM of approximately $1.2 million dollars. The School fraudulently represented that EM's investments (which were not real) had grown to approximately 43 million in Tether ("USDT") cryptocurrency.

15. Law enforcement performed a blockchain analysis and it was determined that two addresses on the Tron blockchain were still holding a large portion of EM's funds.

16. Between February 24, 2025, and March 15, 2025, Tether Wallet K6tA received approximately 565061.805197 USDT on the Tron Network associated with 10 transaction hashes.

17. Law enforcement traced the transaction hashes using multiple complaints filed by multiple victims. The following are the transaction hashes, including approximate dates and amounts:

| Date | Amount | Currency | Transaction Hash |
|---|---|---|---|
| 2/24/2025 | 49998.827277 | USDT | 2258e10627833474679be8bcfecfe6381ea30ba7944ffac8d3c51cd0c76af77b |
| 2/25/2025 | 75081.956947 | USDT | e8e020f970215b3a7cd41a841a6c3dd264322e84cd689a1c3e391b822f1569db |
| 2/26/2025 | 50046.900636 | USDT | a41dee2ce63b670d50759a49426b5cf8f39e09fdace4962f86cfdd14d258007c |
| 2/26/2025 | 24993.730979 | USDT | 449282508419f50fbfc451785f14fbb0f1d24bdeedbcdad30589780d401bd2d5 |
| 2/27/2025 | 50047.38939 | USDT | 782f05856768a2820dd7541ab941fbd3c3fde7722c3b80b38f5d258b30539995 |
| 2/28/2025 | 14998.27565 | USDT | c4c408c793ff7b4f2a044dc808c458cfb6faa2a631b548ffee529243c1defcfd |
| 3/10/2025 | 50253.650262 | USDT | da4094b1c8add1b1e67fed5a4ff68b31b472ec408422cf16d53063823cb0c964 |
| 3/12/2025 | 49949.12792 | USDT | 39720a625a6dc7cf30e1bf9e8a650b098532078e1f1f5caa32dfad18d5bbcac3 |
| 3/13/2025 | 99927.987494 | USDT | 73e34cc3ffc422d341260f4c2996835fa73e15d693b29f2805ea5e3661d8e19c |
| 3/15/2025 | 99763.95864 | USDT | be980b139aa1a7382663f1eab996cda0933c92c5ad791878a837595ca2e14d04 |

18. On March 2, 2025, and March 24, 2025, all funds that had been deposited into Tether Wallet K6tA were moved to Intermediary Tether Wallet rdFP[2], in two transactions[3] on the Tron Network.

19. On March 24, 2025, all funds deposited into the aforementioned Intermediary Tether Wallet rdFP were withdrawn into Tether Wallet TfBA, in a single transaction[4] on the Tron Network, where the funds remained until seizure.

---

[2] The full address for the wallet is: TBTtUsDk4zJ1q7n9Y8t433Ly9HUKhGrdFP

[3] The transaction hashes are: 87667bb05178b515775e90fc34902eede13443b7e485725b8214586b8c22d07e and 965b45d245a26775abee0e714cb5971cb89cc8eb67b5eb035c14a0d16c717ccd

[4] The transaction hash is: 205fc7235f75d80817feb876d7fbc1705b440f4dc79fc40e01fa81899405265b

20. On March 25, 2025, EM deposited additional funds into Tether Wallet K6tA, occurring in a transaction hash[5], where they remained until seizure.

21. The following chart depicts some of the transfers into and out of Tether Wallet K6tA, and the transfer into Tether Wallet TfBA:



22. On June 2, 2025, The Honorable S. Dave Vatti authorized the seizure of the contents of the defendant assets.

23. The USDT tokens were burned and reissued pursuant to their seizure.

24. Both Tether Wallet K6tA and TfBA were involved in laundering the proceeds from the wire fraud scheme. For example, Tether Wallet TfBA had frequent, rapid movement of funds in furtherance of the wire fraud and money laundering scheme.

---

[5] The transaction hash is: b6f004701bc672f70cdccc8850031ec96474703f28f45a0b4f2c76ee8a11dc72

25. The Defendant Assets constitute proceeds from the from Wire Fraud in violation of 18 U.S.C. § 1343 and are also involved in Money Laundering in violation of 18 U.S.C. § 1956 and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981.

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for Defendant Assets in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

The United States requests a trial by jury.

                          DAVID X. SULLIVAN,
                          UNITED STATES ATTORNEY

By: /S/ David C. Nelson
     David C. Nelson (ct25640)
     Assistant U.S. Attorney
     157 Church Street, 24th Floor
     New Haven, Connecticut 06510
     Tel:  (203) 821-3700
     Fax:  (203) 773-5373
     David.C.Nelson@usdoj.gov

**DECLARATION**

I am a Special Agent with the United States Secret Service, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of August, 2025.


/s/ Sean Ryan
SEAN RYAN
SPECIAL AGENT, USSS